```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                                :
                                :
UNITED STATES OF AMERICA,       :   Cr. Number: 13-544-01 (ES)
                                :
          v.                    :
                                :           O R D E R
YI JIAN CHEN,                   :
                                :
```

It is on this 16th day of AUGUST 2013,

**ORDERED** that the following conditions of bail shall be removed.

1) Home Detention and electronic monitoring.
2) The defendant will be permitted to seek and maintain employment.

**ORDERED** all other conditions of bail shall remain in place.


                                            S/Esther Salas
                              ESTHER SALAS, U.S. DISTRICT JUDGE